ANNA B. FATULA, PLAINTIFF-PETITIONER, v. SIMONE BROS. COAL & FUEL COMPANY, DEFENDANT-RESPONDENT.

*Messrs. Balk, Jacobs, Goldberger & Mandell* for the petitioner.

*Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. Joseph T. Ryan* for the respondent.

January 13, 1970. Denied.

WILLIAM T. STOPFORD, PLAINTIFF-PETITIONER, v. BOONTON MOLDING COMPANY, INC. *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. David W. Hanis* for the petitioner.

*Messrs. Calissi, Gelman, Cuccio & Klinger* for the respondent.

January 13, 1970. Granted.